Rel: October 31, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2025-2026

SC-2025-0502

Hembree Insurance Trust v. Maples Industries, Inc. (Appeal from Jackson Circuit Court: CV-24-900026).

LEWIS, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Wise, Sellers, and Cook, JJ., concur.